**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-300 |
| | : | |
| **RAYMOND CHAMBERS, II,** | : | |
| | : | |
| Defendant. | : | |

<u>CONSENT MOTION TO VACATE THE STATUS CONFERENCE, SET A TRIAL DATE, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, requests that the Court vacate the status or change of plea conference set for December 7, set a trial date, and exclude time under the Speedy Trial Act. In support of the consent motion, the Government states as follows:

1. Raymond Chambers, II is charged with Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2); Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Demonstrating or Picketing in the Capitol Buildings in violation of 40 U.S.C. § 5104(e)(2)(G).

2. There is currently a status or change of plea hearing set for December 7, 2023, at 2:00 P.M.

3. On September 13, 2023, the Government extended a plea offer to Mr. Chambers and he subsequently rejected the plea offer. The parties contacted the Court, conferred, and agree that these circumstances eliminate the need for the change of plea hearing or status conference on December 7, 2023 and that this case was ready to be set for trial.

1

4. Pursuant to the Court's instructions, the parties have conferred and are available the following weeks for trial:

- The week of March 18, 2024;
- The week of April 1, 2024;
- The week of April 8, 2024;
- The week of April 15, 2024; and
- The week of May 6, 2024

5. As noted above, Mr. Chambers consents to this motion.

6. The Government requests that the Court exclude time under the Speedy Trial Act. In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv). The Capitol Attack is likely the most complex investigation ever prosecuted by the Department of Justice. Due to the number of individuals currently charged across the Capitol Attack investigation and the nature of those charges, the on-going investigation of many other individuals, the volume and nature of discoverable materials, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

7. Mr. Chambers consents to the exclusion, under the Speedy Trial Act, of the time between December 7, 2023 and the next Court date.

For the foregoing reasons, the Government requests the Court to vacate the December 7 hearing, set a trial date based on the parties' and the Court's availability, and that the Court exclude

the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), for the reasons detailed above.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: /*s/ Taylor L. Fontan*
Taylor L. Fontan, IN Bar No. 35690-53
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001
Phone: (202) 815-8597
Email: Taylor.fontan@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this seventh day of December, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

By:   /s/ *Taylor L. Fontan*
Taylor L. Fontan
Assistant United States Attorney
