CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

RAYMOND CHAMBERS, II

Civil/Criminal No.: __CR 23-300__

## NOTE FROM JURY

We have a verdict

Date: March 20, 2024

Time: 10:01 am

CSO J. Bink 1005 Pw