IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Case No. 23-cr-300
:
RAYMOND CHAMBERS II  :
:
Defendant.  :

**VERDICT FORM**

**Count One**

1. How do you find Defendant Raymond Chambers II on the charge of Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)?

_____ Not Guilty    \_\_\_✓_____ Guilty

**Count Two**

2. How do you find Defendant Raymond Chambers II on the charge of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2)?

_____ Not Guilty    \_\_\_✓_____ Guilty

**Count Three**

3. How do you find Defendant Raymond Chambers II on the charge of Disorderly or Disruptive Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)?

_____ Not Guilty    \_\_\_✓_____ Guilty

**Count Four**

4. How do you find Defendant Raymond Chambers II on the charge of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)?

_____ Not Guilty    \_\_\_✓_____ Guilty

Dated: March 20, 2024