# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 23-cr-0300 (DLF) |
| | : | |
| v. | : | |
| | : | |
| RAYMOND CHAMBERS II | : | |
| | : | |
| | : | |
| Defendant. | : | |

## Government Exhibits

| 100 SERIES – CCTV | | | | | |
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 100 | CCTV Elevator Tower North Clipped | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 101 | CCTV Rotunda Door Interior | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 102 | CCTV Rotunda South | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 103 | CCTV Rotunda Door Interior Facing Rotunda | Special Agent Kristen Hennessey | yes | 3/18/24 | |

| | 200 SERIES – OPEN SOURCE | | | | |
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 200 | Trump Speech Ellipse | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 202 | General East Door Carrion Nigro Times | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 203 | West Side | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 204 | Patriot Punk-West Side | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 205 | Eastside Capital Building | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 206 | Straka Video | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 207 | US Capitol Insurrection. Exclusive footage. | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 208 | Twitter Video | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 209 | Inside Door Open Source | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 210 | Capitol Hill Protest Scene | Special Agent Kristen Hennessey | yes | 3/18/24 | |

| 211 | News2Share | Special Agent Kristen Hennessey | yes | 3/18/24 | |
|-----|------------|--------------------------------|-----|---------|---|

| | | 300 SERIES – CAPITOL GROUNDS | | | |
|-----|-------------|------------------------------|-----|---------|------------|
| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ | _Stipulated?_ |
| 300 | USCP Montage with Radio Runs | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 301 | Capitol photo w signs | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 302 | aerial photograph of the US Capitol | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 303 | map of restricted perimeter | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 304 | signs around Capitol | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 305 | Area Closed Sign 1 | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 309 | Photograph of barricade with signs | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 310 | 05_USCapitol_Exterior_2023-09-01-11-05-10 | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 311 | 07_USCapitol_Exterior_2023-09-01-11-05-48 | Dep Chief Thomas Loyd | yes | 3/18/24 | |

| 312 | First floor map | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 313 | Second floor map | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 318 | Physical Area Closed Sign | Dep Chief Thomas Loyd | yes | 3/18/24 | |
| 319 | 1946 Capitol Grounds | | yes | 3/19/24 | |
| **400 SERIES – U. S. SECRET SERVICE** | | | | | |
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 400 | HOS notification | USSS SA Elizabeth Glavey | yes | 3/18/24 | |
| 401 | HOS Worksheet | USSS SA Elizabeth Glavey | yes | 3/18/24 | |
| 402 | CCTV Pence Exit | USSS SA Elizabeth Glavey | yes | 3/18/24 | |
| 403 | Pence Exit with Radio Runs | USSS SA Elizabeth Glavey | yes | 3/18/24 | |

| 500 SERIES – SOBOTKA PHONE | | | | | |
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 500 | S Phone West Fence Signs facing mall | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 501 | S Phone West Fence Signs | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 502 | [S Phone]IMG_6862 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 503 | [S Phone]IMG_6865 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 504 | [S Phone]IMG_6866 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 505 | [S Phone]IMG_6867 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 506 | [S Phone]IMG_6868 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 507 | [S Phone]IMG_6871 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 508 | [S Phone]IMG_6872 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 509 | [S Phone]IMG_6873 | Special Agent Kristen Hennessey | yes | 3/18/24 | |

| 510 | [S Phone]IMG_6874 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 511 | [S Phone]IMG_6876 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 512 | [S Phone]IMG_6877 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 513 | [S Phone]IMG_6879 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 514 | [S Phone]IMG_6880 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 515 | [S Phone]IMG_6881 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 516 | [S Phone]IMG_6882 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 517 | [S Phone]IMG_6887 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 518 | [S Phone]IMG_6888 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 519 | [S Phone]IMG_6889 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 520 | [S Phone]IMG_6890 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 521 | [S Phone]IMG_6892 | Special Agent Kristen Hennessey | yes | 3/18/24 | |

| 522 | [S Phone]IMG_6893 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 523 | [S Phone]IMG_6895 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 524 | [S Phone]IMG_6897 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 525 | [S Phone]IMG_6899 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 526 | [S Phone]IMG_6902 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 527 | [S Phone]IMG_6903 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 528 | [S Phone]IMG_6906 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 529 | [S Phone]IMG_6907 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 530 | Signal Chat Sobotka 1 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 531 | Signal Chat Sobotka 2 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 532 | Signal Chat Sobotka 3 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 533 | Signal Chat Sobotka 4 | Special Agent Kristen Hennessey | yes | 3/18/24 | |

| 534 | Signal Chat Sobotka 5 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 535 | Truth Seekers Chat 1 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 536 | Truth Seekers Chat 2 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 537 | Truth Seekers Chat 3 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 538 | Truth Seekers Chat 4 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 539 | Truth Seekers Chat 5 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 540 | Truth Seekers Chat 6 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 541 | Truth Seekers Chat 7 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 542 | Truth Seekers Chat 8 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 543 | Truth Seekers Chat 9 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 544 | Truth Seekers Chat 10 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 545 | Truth Seekers Chat 11 | Special Agent Kristen Hennessey | yes | 3/18/24 | |

| 546 | [S Phone]IMG_6885 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 547 | [S Phone]IMG_6886 | Special Agent Kristen Hennessey | yes | 3/18/24 | |
| 548 | [S Phone]IMG_6904 | Special Agent Kristen Hennessey | yes | 3/18/24 | |

| 700 SERIES – STIPULATIONS | | | | | |
| --- | --- | --- | --- | --- | --- |
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 701 | US Capitol Building Stipulation | Dep Chief Thomas Loyd | yes | 3/18/24 | yes |
| 702 | US Capitol Police Video Monitoring | Dep Chief Thomas Loyd | yes | 3/18/24 | yes |
| 704 | The certification of the electoral college vote | USSS SA Elizabeth Glavey | yes | 3/18/24 | yes |
| 703 | 3rd Party Photographic and video footage | Special Agent Kristen Hennessey | yes | 3/18/24 | yes |
| 705 | Identity | Special Agent Kristen Hennessey | yes | 3/18/24 | yes |
| 706 | Weston Sobotka's digital device | | yes | 3/18/24 | yes |

Government Counsel_____

Defense Counsel_____