To Whom It May Concern,

Greetings. My Name is Coach Arde and I am the Director of Virginia Playmakers AAU based out of Northern Virginia established in 2011. I have been made aware of the legal matter regarding one of our coaches, Coach Ray Chambers, who works with our rising Sophomores and our Rising Seniors. Virginia Playmakers is a travelling basketball organization that participates in basketball tournaments across the country in which Coach Chambers has been an instrumental piece of this summer.

As I've known and watched Coach Chambers since he was a Senior in High School at Battlefield High School in Haymarket, VA, he came on board this summer with our organization, well known in our basketball community already as being one of the best high school talents, college players, and eventual high school coaches in our area. Coach Chambers was also the Director of the Ultimate Hoops Basketball League and Training Program at the local Life-Time Athletic in our community where he trained young players and helped advance careers post-graduates from college. The Ultimate Hoops program for was and still is called home to our areas basketball community.

Personally, I know Coach Chambers as a man of great energy, passion and care for his Players. He's played a key role with our Rising Seniors in working with his personal college coach contacts and getting them recruited in hopes of garnering scholarship offers. He also works with our Rising Sophomores in helping them with developing their skillset for the upcoming high school season. Coach Chambers is one of the great Voices of our program.

Understanding the circumstances surrounding Coach Chambers legal matter, it is my expressed intention to offer this Letter of Confidence in him as a Family Man and Leader of program. I am assured that he's learned from this episode in his life and will continue his life's journey with integrity and poise. I look forward to having Coach Chambers continue his work with our Rising Sophomores in our final two Tournaments in July, and on into the future.

Respectfully,

Ardencia Love-Smalls

Director of VA Playmakers