

6/13/2024

**RE: Job Verification**

To Whom it may concern,

The Human Resource Department and the respective Management has been made aware of the legal matter regarding one of our emplyees, Mr. Raymond Chambers II. Per policy, please be advised that Mr. Chambers is an active fulltime employee at DHL E-Commerce since 3/13/2024 at our IAD-Manassas facility. He currently works as a Access Control Representative a pay rate of $19.00/hr, 40 hours/week.

Thank You,

**Yolanda Patron**
HR Business Partner (BWI)

Cc: Employee Personnel File