5/24/2024

To Whom it May Concern,

I am writing to you in support of Ray Chambers, a man I have known and worked closely with for the past seven years. Throughout this time, I have come to know Ray as an individual of exceptional character and integrity.

I wish to highlight several attributes that make him a valuable member of our community and a positive influence on those around him.

Ray has dedicated much of his life to serving as an AAU and high school basketball coach. His commitment to coaching goes beyond teaching the fundamentals of the game; he instills values of teamwork, discipline, and perseverance in his players. I've witnessed that Ray has positively impacted the lives of many young athletes, guiding them not only in their sports careers, but also in their personal development as young men.

As a community leader, Ray has been instrumental in fostering a sense of unity and purpose among our extended family, residents, and those in his entrepreneurial endeavors. His initiatives and involvement in community activities have created numerous opportunities for engagement and growth. Ray's leadership is driven by a genuine desire to uplift and support those around him.

Ray is also a devoted father and husband. His dedication to his family is evident in the way he prioritizes their well-being and happiness. He is a man of faith, whose beliefs have provided him with a strong moral compass and a source of strength, especially in times of adversity as this. Ray as a Coach has been a beacon of hope and inspiration to many young people in our community.

In addition to his roles as a coach and community leader, Ray is a successful entrepreneur. His business ventures have not only achieved personal success but have also contributed to the local economy and created job opportunities for others. Ray's entrepreneurial spirit is characterized by innovation, hard work, and a commitment to ethical practices. Ray's positive influence and contributions to our community cannot be overstated.

I know Ray has been a security professional for about 10 years which in my opinion and expertise is a testament to his character and reliability.  I've spoken to Ray regarding this matter, and despite my personal sentiments I offer my support as I know he understands how he broke the law and regrets the impact this day had on our country and to many people personally effected.

Given all the current circumstances, I firmly believe that Ray has the potential to continue making a positive impact in the lives of others. I respectfully ask for your consideration of these attributes as you deliberate on his case.

Thank you for your time and understanding.

Sincerely,

Dr. Brian M. Howells, Jr.
*Brian. M. Howells, Jr.*

Adapted PE Specialist – Fairfax County Schools
Assistant Professor