Honorable Judge Friedrich,

My name is Raymond Chambers II, and I stand before you as a Man and a Father whose experiencing what is perhaps the most challenging period in his Life. As we all have taken into account the tragedies and woes to our Country on the day of January 6th, 2021, I can say this experience has shed a new light onto my perspective of this day. My Grandfather served in Vietnam where he unfortunately lost his Life there, and I would I imagine, January 6th, 2021 was day in which he did not fight and die for.

Your Honor, I recognize that good people lost their Lives, Citizens and Police Officers alike, as a result of this day. None of it should have happened had folks just maintained the permitted areas.  And, after being exposed to the day's events in total, I am truly remorseful and now understand why many are sickened by the actions of the individuals who made what should have been  a peaceful thing, into utter chaos. In light of this, I'd just like to offer that I did not arrive to The Capitol Grounds will any ill-intent, I engaged in no violence, I caused no damage to the property, and complied with Police after being asked to leave the building. Your Honor, simply put, you just don't know what you don't know. And unfortunately, my curiosity got the best of me. Nonetheless, I recognize my contribution to this day as a whole and I understand how I broke The Law and I accept that it was wrong. I displayed a lack of Situational Awareness, and for that, I sincerely apologize.

With that being said, it is my ask and plea, for the sake of my Wife, my 6 year old, my 3 year old, and my 8 month old (who turned 8 months today actually), that you do not sentence me to jail. I would deeply appreciate the opportunity to continue my work in my nearly decade-long Career in Security Management, my work in the Community as a Basketball Coach, and in my Spiritual Walk, and towards the betterment of my Physical Health, if Your Honor would so allow.

I thank you for your time.


Sincerely,

Raymond Earl Chambers II